# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  12-cv-02436-REB-CBS

JOEL STEPHENS, on behalf of himself and all similarly situated persons,

　　　Plaintiff,

v.

HOTSPUR SPORTS COMPANY, INC., d/b/a Charter Sports, Inc.,

　　　Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice**
[#26][1] filed March 22, 2013.  After reviewing the stipulation and the record, I conclude
that the stipulation should be approved and that this action should be dismissed with
prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#26] filed March 22,
2013, is **APPROVED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set for
November 1, 2013, are **VACATED**;

3.  That the jury trial set to commence November 18, 2013, is **VACATED**;

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated March 22, 2013, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackbum
United States District Judge